UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------
: 
UNITED STATES OF AMERICA, :
: Case No. 1:13-cr-50
Plaintiff, :
:
vs. : OPINION & ORDER
: [Resolving Docs. 196, 197]
DONTE BOOKER, :
:
Defendant. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In March 2013, a federal jury convicted Defendant Donte Booker of attempted possession with intent to distribute five kilograms of a cocaine mixture.[1] The Court then sentenced Booker to 200 months' incarceration and five years' supervised release.[2] Defendant Booker has since mounted a series of attacks on his sentence and conviction, two of which are relevant here.

In December 2017, Booker moved to reopen his previously denied habeas petition.[3] The Court denied his motion.[4] Booker appealed that decision.[5] Then, in May 2018, Booker moved to reduce his sentence.[6] The Court denied that motion as well and Booker again appealed.[7] Both of these appeals, which the Sixth Circuit has since consolidated, are still pending.[8]

Now, Booker is back again, this time asking the Court to correct his presentence

---
[1] Doc. 32.
[2] Doc. 57.
[3] Doc. 153.
[4] Doc. 164.
[5] Doc. 176.
[6] Doc. 180.
[7] Docs. 188, 189.
[8] *See* Doc. 195.

Case No. 1:13-cr-50
Gwin, J.

report.[9]  He also asks to supplement that motion to correct.[10]

Generally, a notice of appeal divests a district court of jurisdiction over the case.[11] Although there are some exceptions to the rule (like when a notice of appeal is untimely or the issues on appeal are unrelated to those before the Court), none of them appear relevant here.[12]  Accordingly, the Court lacks jurisdiction over Booker's motions while the Sixth Circuit considers his appeals.

Thus, the Court **DENIES** Defendant's motion to correct and **DENIES** Defendant's motion to supplement, without prejudice for him to refile when the Court regains jurisdiction.


IT IS SO ORDERED.


Dated: March 25, 2019                    *s/      James S. Gwin*
                                         JAMES S. GWIN
                                         UNITED STATES DISTRICT JUDGE

---

[9] Doc. 196.
[10] Doc. 197.
[11] *Lewis v. Alexander*, 987 F.2d 392, 394 (6th Cir. 1993).
[12] *Id.* at 394–95.