UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00050-1 |
| Plaintiff, | ORDER |
| v. |  |
| DONTE BOOKER, |  |
| Defendant. |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On November 3, 2023, Defendant Donte Booker filed a pro se motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(2).[1] In his motion, Booker asks the Court to consider a sentence reduction considering recently amended Sentencing Guideline § 1B1.13, that gives a non-exhaustive list of circumstances that qualify as extraordinary and compelling reasons for compassionate release.[2]

On January 26, 2024, the government responded.[3] The government's response argues that Defendant Booker was not eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2), based on Amendment 821 to the Sentencing Guidelines.[4] Defendant Booker replied.[5]

The Court now **ORDERS** the government to file a response to Defendant Booker's reply by March 6, 2024. In its response, the government is ordered to address Defendant Booker's motion for compassionate release, and whether the Defendant's medical

---

[1] Doc. 246, PageID #: 2051. Defendant Booker's counsel filed a notice of no intent to supplement Booker's pro se motion. *See* Doc. 250.
[2] *Id. See also* U.S. Sent'g Guidelines Manual § 1B1.13 (U.S. Sent'g Comm'n 2023).
[3] Doc. 252.
[4] U.S. Sent'g Guidelines Manual § 4A1.1(e) (U.S. Sent'g Comm'n 2023).
[5] Doc. 253.

Case No. 1:13-cr-00050-1
GWIN, J.

conditions, rehabilitation efforts, and any change in legal precedent regarding career offenders are extraordinary and compelling reasons warranting a reduced sentence. The Court further orders the government to include summaries of Defendant Booker's prison classification history and rehabilitative efforts in its response.

    IT IS SO ORDERED.

Dated: February 13, 2024          *s/    James S. Gwin*
                                                               JAMES S. GWIN
                                                               UNITED STATES DISTRICT JUDGE