IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13CR50 |
| Plaintiff, | ) ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | |
| DONTE BOOKER, | ) ) ) | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendant. | ) ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and David M. Toepfer, Assistant U. S. Attorney, and moves this Court for permission for the undersigned to withdraw as counsel of record, and requests that the Court no longer include the undersigned on the ECF system for this case. The instant case is currently assigned to Yasmine Makridis, Assistant U. S. Attorney, who will receive all ECF notifications.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ David M. Toepfer
David M. Toepfer (OH: 0068008)
Assistant United States Attorney
100 E. Federal Street, City Centre One;
Suite 325
Youngstown, OH 44503
(330) 740-6986
(330) 746-0239 (facsimile)
David.Toepfer@usdoj.gov